William D. Hyslop
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2020

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:20-CR-2049-SMJ |
| Plaintiff, | INDICTMENT |
| v. | Vios: 18 U.S.C. § 2251(a), (e): Attempted Production of Child Pornography (Count 1) |
| MIGUEL URBINA, | |
| Defendant. | 18 U.S.C. § 2252A(a)(2): Receipt of Child Pornography (Count 2) |
| | 18 U.S.C. § 2253 Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or between November 2008 and November 2009, within the Eastern District of Washington, the Defendant, MIGUEL URBINA, did knowingly employ, use, persuade, induce, entice, and coerce Minor A to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction

INDICTMENT - 1

of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by a computer, and attempted to do the same in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 2

On or about January 30, 2017, within the Eastern District of Washington, the Defendant, MIGUEL URBINA, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, to wit: still image and video files depicting minor and prepubescent children engaging in sexually explicit conduct including but not limited to actual and simulated intercourse, and the lascivious exhibition of the genitals and pubic area in violation of 18 U.S.C. § 2252A(a)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense(s) in violation of 18 U.S.C. § 2251(a) and (e); and/or 18 U.S.C. § 2252A(a)(2), as alleged in Counts 1 and 2 of this Indictment, the Defendant, MIGUEL URBINA, shall forfeit to the United States, any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or

INDICTMENT - 2

1  other matter which contains any such visual depiction, which was produced,

2  transported, mailed, shipped or received in violation of this chapter; any property, real

3  or personal, constituting or traceable to gross profits or other proceeds obtained from

4

5  such offenses; and, any property, real or personal, used or intended to be used to

6  commit or to promote the commission of such offenses, or any property traceable to

7  such property, including, but not limited to:

8

9        a Western Digital My Passport External Hard Drive, SN:
      WXA1A867058F

10

11  This _____ day of December, 2020.

12                  A TRUE BILL

13

14

15

16  William D. Hyslop

17  United States Attorney

18

19  Michael D. Murphy

20  Assistant United States Attorney

21

22

23

24

25

26

27

28

INDICTMENT - 3