UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2021

SEAN F. McAVOY, CLERK

U.S.A. vs.        Urbina, Miguel        Docket No.    0980 1:20CR02049-SMJ-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Miguel Urbina, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 14th day of December 2020, under the following conditions:

**Special Condition #5 (ECF. 16)**: GPS Location Monitoring: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear at all times, a GPS device under the supervision of United States Probation/Pretrial Services Office

**Special Condition #6 (ECF 16.)**: Home Confinement: Defendant shall be restricted at all times, to Defendant's residence except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the United States Probation/Pretrial Services Office or Defendant's supervising officer, including but not limited to employment, religious services, and medical necessities.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Mr. Urbina is alleged to be in violation of his pretrial release conditions by deviating from his approved location monitoring schedule on April 25, 2021.

Conditions of pretrial release were reviewed and signed by Mr. Urbina on December 15, 2020, acknowledging an understanding of his requirements to include special conditions number 5 and 6. On this same date, the location monitoring program rules and expectations were also reviewed and signed by Mr. Urbina, acknowledging his understanding of the program.

On April 25, 2021, this officer reviewed Mr. Urbina's daily activities via the BI Total Access Program. Mr. Urbina was granted permission to leave his home at 10 a.m. and travel to Lowe's Home Improvement store in Union Gap, Washington, to purchase wood. He was directed to return to his home by 12 p.m. At approximately 11 a.m. Mr. Urbina was observed at 718 South 6th Street in Yakima, which is the Mercado Latino convenience store. Mr. Urbina was in the store approximately 10 minutes. He returned home at approximately 11:20 a.m. This officer made telephone contact with Mr. Urbina asking about the above-noted deviation. Mr. Urbina stated his mother had been sick all night and she requested he go to the convenience store to get her some medication. This officer reminded Mr. Urbina he was not approved to deviate from his schedule and there are other members residing in his household that could have gone to the store for his mother. Mr. Urbina acknowledged his restrictions and advised he would remind his mother of his location monitoring requirements.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: April 27, 2021 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

4/27/2021

Date