UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Urbina, Miguel | Docket No. | 0980 1:20CR02049-SMJ-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Miguel Urbina, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 14th day of December 2020, under the following conditions:

**Special Condition #4 (ECF. 11)**: Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Mr. Urbina is alleged to be in violation of his pretrial release conditions by consuming alcohol between November 6, and November 20, 2021.

Conditions of pretrial release were reviewed and signed by Mr. Urbina on December 15, 2020, acknowledging an understanding of his requirements to include special condition number 4.

On December 2, 2021, this officer received a voice message from Mr. Urbina's counselor at Merit Resource Services (Merit) advising a random drug test was collected a few weeks prior and they received the results on December 2, 2021, which confirmed a positive reading for alcohol. The counselor advised she would be addressing the results with Mr. Urbina. This officer sent a text message to Mr. Urbina asking about the voice message received from his counselor. Mr. Urbina admitted he had been consuming alcohol between November 6, and November 20, 2021, due to being sick and making a "Mexican concoction." Mr. Urbina stated he was mixing olive oil with beer and taking it every other week. He stated he purchased a six-pack of beer and had since finished the pack.

On December 3, 2021, this officer made contact with Mr. Urbina's counselor from Merit. She confirmed the story Mr. Urbina shared with this officer the day prior. She stated Mr. Urbina has not been in compliance with his treatment groups, community support meetings or engaging in his treatment group for quite some time, therefore, she would be recommending he enter into and complete inpatient treatment. She stated she would meet with Mr. Urbina and update his assessment for inpatient.

On December 9, 2021, Mr. Urbina reported to the probation office as directed. This officer had him sign an admission form for the alcohol consumption. Mr. Urbina shared he is willing to enter into and complete inpatient treatment as directed by his counselor at Merit.

On December 14, 2021, this officer confirmed with his treatment counselor at Merit, an inpatient treatment bed date has been secured at American Behavioral Health Services (ABHS) in Spokane, Washington, for December 23, 2021. Mr. Urbina has committed to attending and completing the program.

PRAYING THAT THE COURT WILL ORDER A SUMMONS AT THIS TIME

---

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: December 15, 2021 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

12/15/2021

Date