VANESSA R. WALDREF
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 12 2022

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

              Plaintiff,

        v.

MIGUEL URBINA,

              Defendant.

Case No. 1:20-CR-2049-MKD

SUPERSEDING INDICTMENT

Vio: 18 U.S.C. § 2251(a), (e):
Production and Attempted
Production of Child
Pornography
(Count 1)

18 U.S.C. § 2252A(a)(2), (b)(1):
Receipt of Child Pornography
(Count 2)

18 U.S.C. §§ 2, 2251(a), (e):
Production and Attempted
Production of Child
Pornography
(Counts 3-5)

18 U.S.C. § 2252A(a)(5)(B), (b)(2):
Possession of Child
Pornography
(Count 6)

SUPERSEDING INDICTMENT – 1

18 U.S.C. § 2253
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

Between on or about November 2008 and on or about November 2009, within the Eastern District of Washington, the Defendant, MIGUEL URBINA, did knowingly employ, use, persuade, induce, entice, and coerce Minor A to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate commerce, and such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by a computer, and attempted to do the same, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 2

On or about January 30, 2017, within the Eastern District of Washington, the Defendant, MIGUEL URBINA, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported

SUPERSEDING INDICTMENT – 2

in and affecting interstate and foreign commerce by any means, including by computer, and that was transported via any means or facility of interstate and foreign commerce, to wit: still image and video files depicting minor and prepubescent children engaging in sexually explicit conduct including but not limited to actual and simulated intercourse, and the lascivious exhibition of the genitals and pubic area, as defined in 18 U.S.C. § 2256(2)(A), all in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).

## COUNT 3

On or about February 23, 2007, within the Eastern District of Washington, the Defendant, MIGUEL URBINA, did knowingly employ and use at least one minor to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), in a bathroom at a Wal-Mart store, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate commerce, and such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by a computer, and attempted to do the same, and did aid and abet the same, in violation of 18 U.S.C. §§ 2 and 2251(a), (e).

SUPERSEDING INDICTMENT – 3

## COUNT 4

On or about February 23, 2007, within the Eastern District of Washington, the Defendant, MIGUEL URBINA, did knowingly employ and use at least one minor to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), in a bathroom at the Union Gap Mall, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate commerce, and which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by a computer, and attempted to do the same, and did aid and abet the same, in violation of 18 U.S.C. §§ 2 and 2251(a), (e).

## COUNT 5

On or about March 30, 2007, within the Eastern District of Washington, the Defendant, MIGUEL URBINA, did knowingly employ and use minors to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), in a bathroom at Miner's restaurant, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate commerce, and which visual depiction was produced using materials that had been mailed, shipped, and

SUPERSEDING INDICTMENT – 4

transported in and affecting interstate and foreign commerce by any means, including by a computer, and attempted to do the same, and did aid and abet the same, in violation of 18 U.S.C. §§ 2 and 2251(a), (e).

## COUNT 6

On or about April 23, 2020, within the Eastern District of Washington, the Defendant, MIGUEL URBINA, did knowingly possess material that contained one or more images of child pornography, other than those images charged in Count 2 (receipt), as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

SUPERSEDING INDICTMENT – 5

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense(s) in violation of 18 U.S.C. § 2251(a) and (e); and/or 18 U.S.C. § 2252A(a)(2), as alleged in Counts 1 and 2 of this Indictment, the Defendant, MIGUEL URBINA, shall forfeit to the United States, any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including, but not limited to:

    a Western Digital My Passport External Hard Drive, SN: WXA1A867058F

DATED this 12th day of October, 2022.

A TRUE BILL



Foreperson

SUPERSEDING INDICTMENT – 6

_____
Vanessa R. Waldref
United States Attorney

_____
Michael D. Murphy
Assistant United States Attorney

SUPERSEDING INDICTMENT – 7