UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2022

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Urbina, Miguel | Docket No. | 0980 1:20CR02049-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Miguel Urbina, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 14th day of December 2020, under the following conditions:

**Special Condition #10 (ECF. 25)**: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment provider to exchange, in any form and at any time, any and all diagnostic information, treatment recommendation information, or compliance reports, or records related to Defendant conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of pretrial release were reviewed and signed by Mr. Urbina on December 15, 2020, acknowledging an understanding of his requirements to include Special Condition number 10.

**Violation #1**: Mr. Urbina is alleged to be in violation of his pretrial release conditions by being terminated from outpatient substance abuse treatment from Merit Resource Services (Merit) on December 13, 2022.

On December 6, 2022, this officer conducted a home inspection at Mr. Urbina's listed residence. While there, this officer informed Mr. Urbina that if he was terminated from outpatient substance abuse treatment, it would result in a violation. Mr. Urbina voiced his understanding.

On December 12, 2022, this officer contacted Mr. Urbina via telephone. Mr. Urbina informed this officer that he had contacted his counselors at Merit about transferring his outpatient substance abuse treatment to Comprehensive Healthcare Services (Comprehensive). Mr. Urbina indicated that he was waiting for Merit to send over his paperwork to Comprehensive before enrolling there.

On December 13, 2022, this officer received a telephone call from Mr. Urbina's counselor at Merit advising he was being terminated from outpatient substance abuse treatment for lack of engagement in treatment because it has been almost 4 weeks since Mr. Urbina has been in contact with their office. According to the Merit counselor, Mr. Urbina had terminated his services with Merit before completing a transfer of his outpatient substance abuse treatment to Comprehensive. Later that same day, this officer spoke to Mr. Urbina via telephone. This officer informed Mr. Urbina that due to terminating his outpatient substance abuse treatment with Merit before completing a successful transfer to Comprehensive, Mr. Urbina was in violation of his conditions of pretrial release. Mr. Urbina voiced his understanding.

On December 15, 2022, this officer received the discharge summary from Merit regarding Mr. Urbina's termination from outpatient substance abuse treatment.

On December 19, 2022, this officer contacted Mr. Urbina via telephone and inquired about the status of re-engaging with outpatient substance abuse treatment. Mr. Urbina stated he still needed to complete the intake paperwork for Comprehensive, and he would let this officer know when he was able to submit it there.

This officer has had multiple conversations with Mr. Urbina about the consequences of being terminated from outpatient substance abuse treatment throughout the months of November and December 2022, prior from being terminated. At each discussion, Mr. Urbina voiced his understanding and agreed to contact his counselor to re-engage with outpatient substance abuse treatment. At the time of this report, Mr. Urbina is in the process of re-engaging with outpatient substance abuse treatment with Comprehensive.

PRAYING THAT THE COURT WILL ORDER A SUMMONS AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    December 21, 2022

by    s/Kyle Mowatt

Kyle Mowatt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

December 21, 2022

Date