UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2023

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Urbina, Miguel | Docket No. | 0980 1:20CR02049-MKD-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Miguel Urbina, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 14th day of December 2020, under the following conditions:

**Special Condition #6**: Defendant shall be restricted at all times, to Defendant's residence except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the United States Probation/Pretrial Services Office or Defendant's supervising officer, including but not limited to employment, religious services, and medical necessities.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of pretrial release were reviewed and signed by Mr. Urbina on December 15, 2020, acknowledging an understanding of his requirements to include Special Condition number 6.

**Violation #1**: Mr. Urbina is alleged to be in violation of his pretrial release conditions by leaving his residence on January 27, 2023, in the early morning hours, without prior approval from the United States Probation/Pretrial Services Office.

On January 27, 2023, at 4:31 a.m., this officer received an alert from the BI Total Access (BI), the location monitoring system, indicating that Mr. Urbina had departed his residence. Mr. Urbina was not approved to depart his residence. Mr. Urbina returned to his residence on January 27, 2023, at 5:06 a.m.

Later that same day, this officer attempted to make contact with Mr. Urbina at his residence; however, Mr. Urbina was not home. This officer verified through BI that Mr. Urbina's Global Position System tracker showed his location to be en route to his place of employment. This officer made contact with Mr. Urbina at his place of employment and inquired as to why Mr. Urbina had departed his residence so early and without prior approval. Mr. Urbina responded that he let a friend borrow his car; however, the friend was unable to drive it back to his residence so Mr. Urbina deemed it an emergency and walked on foot to retrieve his car. Mr. Urbina stated since it was around 4 a.m., he thought it was too early and did not want to wake this officer up. This officer responded if Mr. Urbina felt it was acceptable to not call and wake someone up, then the situation was not an emergency. Mr. Urbina stated he understood and apologized for his actions, and this officer informed Mr. Urbina that the Court would be notified of his actions. Mr. Urbina stated he understood.

PRAYING THAT THE COURT WILL ORDER A SUMMONS AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 1, 2023

by   s/Kyle Mowatt

Kyle Mowatt
U.S. Pretrial Services Officer

**Re: Urbina, Miguel**
**February 1, 2023**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

February 1, 2023
_____
Date