# Exhibit A

## Proposed Under Seal