# Exhibit B

## Proposed Under Seal