July 7th, 2023

Your Honor,

I am writing this letter on behalf of my brother, Miguel Urbina who is pleading guilty to the charge of jachet #552539.

Everyone in our family was shocked to hear the news. It came as a surprise to all of us that my brother was accused of such an act. He has always been obedient and never caused any trouble that would put our family's name at risk.

Sadly, this year has not been in our favor, as two of our family members got sick. Our grandmother Aurora was recently placed on hospice and has less than 6 months to live, and our mother, whom Miguel lived with for the last several years, had knee surgery in April and shortly after got a stroke. She has been slowly improving, but isn't 100% back to baseline. Miguel has always been close to her and has helped the household in every way possible.

We assure you that this will be his first and last accusation. We respect the court's decision and believe that this will prove to be a life lesson for him.

Because it can affect his employment prospects, we request the court to do what's best for him. If you have any further questions, feel free to contact me anytime.

Sincerely,
Zeferino Urbina
[redacted]
[redacted]

From: Heriberto Urvina

Yakima, wa

98902

Date: 7/8/2023

To: The Honourable Judge

Dear Judge

I am writing this letter given my brother Miguel Urbina. I want to bring to your light the kind of person that he is despite the allegations that he has faced in recent time. I've known him my whole life. He is a gentleman and always follows through with what he promises. Hès been through many tribulations in life and has been slowly healing and trying to improve.

I am aware of the charges that he is facing and the consequences of those. I would like to plead leniency. He is a well-mannered gentleman, and I am sure he will learn from this experience and will not think of repeating it.

I hope you look into this matter and consider this character reference letter before passing any verdict. Miguel will strive to make amends and I am sure he will continue to better the lives of those around him.

Thank you

Yours sincerely,

Heriberto Urvina

victoria urbina



7-5-2023

Honorable Judge McKinney

I am Maria Urbina sister of Miguel Urbina writing this letter on behalf of myself and my Dad and Mom who wanted me to add their thoughts.   We have lived he in Yakima since 1989, my parents are hard workers my mom and dad worked  for a long time in the field to provide for us.

Miguel moved in with my parents about 5 years and live with them helping around the house with errands, my mom got diagnosed with RA and about two years ago she started to get worse not been able to drive. Miguel been there was able to help my parents. On 4-9-2023 my mom got a full replacement knee surgery and on 4-17-2023 she had a stroke, spend until 5-09-2023 in intensive therapy she is doing better thank God. I took 12 weeks to be able to be there for her. I just have stated this for the reason is that Miguel was of help, I never saw Miguel do nothing bad he is my brother I only know he was in a relationship with Freya that's all also saw that he was working hard and was being active in paying debt that he had.

Sincerely,

victoria urbina