# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-vs-<br><br>MIGUEL URBINA, | **Case No.**    **1:20-CR-02049-MKD**<br>**CRIMINAL MINUTES**<br><br>**DATE:**    **JULY 11, 2023**<br>**LOCATION:  YAKIMA** |
| Plaintiff,<br><br>Defendant. | **SENTENCING HEARING** |

| **Honorable Mary K. Dimke** | | |
|---|---|---|
| Cora Vargas | 03 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Michael Murphy | | Craig Webster<br>Jennifer Barnes |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**   Carrie Valencia | | |

**[ X ]  Open Court**          **[   ]  Chambers**          **[   ]  Video Conference**

Defendant present in custody of the US Marshal.

The Court confirmed the parties are ready to proceed to sentencing and informed the parties of the documents the Court has reviewed in preparation for sentencing.

Mr. Webster confirmed he has reviewed and discussed the Presentence Investigation Report with the defendant and withdrew defendant's objections to the Presentence Investigation Report, which the exception of the objection regarding relevant conduct.

Mr. Webster and Mr. Murphy provided argument regarding the relevant conduct objection raised by defendant.

The Court overruled the objections and provided findings on the guideline calculations contained in the Presentence Investigation Report. The Presentence Investigation Report was accepted by the Court as drafted.

Uncharged alleged victim M.M. addressed the Court.

Mr. Murphy provided sentencing recommendations on behalf of the government and requested the issue of restitution remain open for 90 days due to a request received by the government on behalf of a victim.

Mr. Webster provided sentencing recommendations and comments on behalf of the defendant.

Recess:        9:49 a.m.
Reconvene:  10:04 a.m.

The defendant addressed the Court on his own behalf.

# [ X ]  ORDER FORTHCOMING

| **CONVENED:**  9:07 A.M.<br>10:04 A.M. | **ADJOURNED:**  9:49 A.M.<br>10:19 A.M. | **TIME:**  0:57 HR. | **CALENDARED**  [   ] |
|---|---|---|---|

*USA -vs- URBINA*                                                                July 11, 2023
1:20-CR-02049-MKD                                                               Page 2
Sentencing Hearing

The Court addressed the defendant and imposed sentence:

- **Imprisonment:** 300 months as to Counts 1s and 4s, and 240 months as to Count 6s, to be served concurrently.

- **Supervised Release:** life as to Counts 1s, 4s and 6s, to run concurrent, on mandatory, standard and special conditions listed in the Presentence Investigation Report.

- **Fine**: waived

- **Special Penalty Assessment**: $300.00 total ($100 per count)

- **JVTA and AVAA Assessments**: waived

- **Restitution**: TBD at separate restitution hearing

**Restitution Hearing set for**:       **9/22/2023 at 9:00 a.m. in Yakima**
- USA Briefing Deadline:      8/11/2023
- Defense Response:           8/25/2023
- USA Reply:                  9/15/2023

Appeal rights given to the extent any exist.

Mr. Murphy moved to dismiss all remaining counts
**Court**: granted

Mr. Webster confirmed the defendant does not object to entry of the proposed Final Order of Forfeiture.
**Court**: Final Order of Forfeiture will issue.

Defendant remanded to the custody of the US Marshal.